Paul P. Young, State Bar No. 257571
Joseph Chora, State Bar No. 284700
The Law Office of Paul P. Young
2667 E. Colorado Blvd., Suite B
Pasadena, CA 91107
(626) 744-1838
(626) 744-3167 (Facsimile)

Attorneys for Plaintiff, James H. Donell
Federal Receiver

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAMES H. DONELL, Receiver for J T Wallenbrock and Associates and Citadel Capital Management Group Inc,<br><br>Plaintiffs,<br><br>vs.<br><br>Munehiro Motani aka Munehiro Watanabe,<br><br>Defendants. | Case No.   CV 05-03729-ER-SHx<br><br>**RENEWAL OF JUDGMENT BY CLERK** |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and Cal. Code Civ. Proc. §§ 683.110 through 683.320, and for good cause appearing, therefore:

The judgment to and against Defendant MUNEHIRO MOTANI aka MUNEHIRO WATANABE and in favor of JAMES H. DONELL, Receiver for J T Wallenbrock and Associates and Citadel Capital Management Group Inc., entered on October 5, 2005 (copy attached) is hereby renewed in the amounts set forth below:

///

///

- 1 -
**RENEWAL OF JUDGMENT BY CLERK**

Renewal of Money Judgment:

| | | | |
|---|---|---|---:|
| | a. | Total judgment | $109,071.27 |
| | b. | Costs after judgment | 0.00 |
| | c. | Attorney's fees | 0.00 |
| | d. | Subtotal | $109,071.27 |
| | e. | Credits after judgment | 0.00 |
| | f. | Subtotal | $109,071.27 |
| | g. | Interest after judgment | 44,440.12 |
| | h. | Fee for filing renewal | 0.00 |
| | i. | Total renewed judgment | $153,511.39 |

DATED:  9/30/2015

                                                        s/ J. Remigio  
                                                        Deputy Clerk

**RENEWAL OF JUDGMENT BY CLERK**